

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2022

No. 04-22-00738-CR

**EX PARTE** Juan Luis **BALTAZAR-PEREZ**

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,799
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

On November 7, 2022, the trial court clerk filed a notification of late clerk's record. The clerk's record has now been filed. Therefore, the notification of late clerk's record is NOTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2022.

_____
Michael A. Cruz,
Clerk of Court